MAURICE WAINER (Bar #121678)
SNIPPER, WAINER & MARKOFF
2029 Century Park East, #1690
Los Angeles, California 90067-1614
(310) 557-1905

Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
OCT 17 2001
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

LODGED
CLERK U.S. DISTRICT COURT
OCT 16 2001
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

Priority ___
Send      _X_
Enter     _X_ KL
Closed    ___
JS-5/JS-6 _X_
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALUECLICK, INC. dba ON RESPONSE, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MASS TRANSIT INTERACTIVE, INC.; and DOES 1 - 10, inclusive,<br><br>    Defendants. | CASE NO. CV 01-08001 RSWL (MANx)<br><br>STIPULATION RE SETTLEMENT PURSUANT TO FRCP §41(A)(1); AND ORDER THEREON |

ENTERED
CLERK, U S DISTRICT COURT
OCT 18 2001
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

TO THIS HONORABLE COURT:

    IT IS HEREBY STIPULATED by and between plaintiff Valueclick, Inc. dba On Response and defendant, Mass Transit Interactive, Inc. as follows:

    1. Plaintiff has entered into a conditional settlement with defendant.

    2. Settlement shall be completed on or before May 2002.

    3. Depending on whether or not defendant performs as specified, plaintiff will file either one of the following with the

1  Court: (i) Stipulation for Judgment or (ii) Request for Dismissal with prejudice of the entire action.

4.  If plaintiff does not file either item as set forth above not later than May 2002, the plaintiff shall cause the case to be dismissed.

5.  This matter shall not be scheduled for any proceedings but shall be stayed through May 2002, after which date the case shall be dismissed unless the Stipulation for Judgment has been filed with the Court prior to said date.

6.  A copy of the Stipulation for Judgment executed by the parties and their counsel is attached hereto marked Exhibit "A" and incorporated by reference herein as through set forth in full and at length.

DATE: October 4, 2001        SNIPPER, WAINER & MARKOFF

                             BY:_____
                                MAURICE WAINER
                                Attorneys for Plaintiff

DATED: October ____, 2001    RUSS, AUGUST, KABAT & KENT

                             BY:_____
                                SHANE EMERSON COONS
                                Attorneys for
                                MASS TRANSIT INTERACTIVE, INC.

DISTPLDG\STIPSETL.VAL

Court: (i) Stipulation for Judgment or (ii) Request for Dismissal with prejudice of the entire action.

4. If plaintiff does not file either item as set forth above not later than May 31, 2002, the plaintiff shall cause the case to be dismissed.

5. This matter shall not be scheduled for any proceedings but shall be stayed through May 31, 2002, after which date the case shall be dismissed unless the Stipulation for Judgment has been filed with the Court prior to said date.

6. A copy of the Stipulation for Judgment executed by the parties and their counsel is attached hereto marked Exhibit "A" and incorporated by reference herein as through set forth in full and at length.

DATE: October 4, 2001

SNIPPER, WAINER & MARKOFF

BY: _____
MAURICE WAINER
Attorneys for Plaintiff

DATED: October 5, 2001

RUSS, AUGUST, KABAT & KENT

BY: _____
SHANE EMERSON COONE
Attorneys for
MASS TRANSIT INTERACTIVE, INC.

DISTPLDG\STIPSETL.VAL

2       STIPULATION RE SETTLEMENT

## O R D E R

Upon review of the Stipulation for Settlement Pursuant to FRCP §41(a)(1), and good cause appearing therefore,

**IT IS ORDERED, DECREED AND ADJUDGED** that all proceedings are stayed through May 2002.

**IT IS FURTHER ORDERED, DECREED AND ADJUDGED** that in the event the original Stipulation for Judgment is not filed on or before said date or a dismissal of the entire action, then the Court shall dismiss this matter on its own motion on said date.

DATED: October 17, 2001

RONALD S. W. LEW

~~JUDGE OF THE LOS ANGELES SUPERIOR COURT~~ U.S. DISTRICT COURT

DISTPLDG\STIPSETL.VAL

3    STIPULATION RE SETTLEMENT

# ORDER

Upon review of the Stipulation for Settlement Pursuant to FRCP §41(a)(1), and good cause appearing therefore,

IT IS ORDERED, DECREED AND ADJUDGED that all proceedings are stayed through May 31, 2002.

IT IS FURTHER ORDERED, DECREED AND ADJUDGED that in the event the original Stipulation for Judgment is not filed on or before said date or a dismissal of the entire action, then the Court shall dismiss this matter on its own motion on said date.

DATED: _____

JUDGE OF THE LOS ANGELES SUPERIOR COURT

DISTPLDG\STIPSETL.VAL

3  STIPULATION RE SETTLEMENT